# United States Bankruptcy Court
## Western District of Tennessee

In re **Wilbert James Vlasaty**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Wilbert James Vlasaty** | S.S.# |
| | (W) | S.S.# |
| ADDRESS: | **15 Forest Edge Drive** | |
| | **Eads, TN 38028** | |

PLAN PAYMENT: Debtor(s) to pay $ **1,112.00** (weekly, every two weeks, semi-monthly, **monthly**)
PAYROLL DEDUCTION: **NO** OR (**X**) DIRECT PAY
BECAUSE: **Debtor is retired.**
FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | | |
|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan  ( ) Included in Plan | | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | | $ **0.00** |
| | Child support arrearage amount | | $ **-NONE-** |
| PRIORITY CREDITORS: | **Internal Revenue Service Center** **(Priority Claim: $ 8,790.59)** | | $ **147.00** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**-NONE-**
Ongoing pmt. Begin **N/A**  $ **N/A**
Approx. arrearage **N/A**   Interest **N/A** %  $ **N/A**

SECURED CREDITORS; | VALUE | RATE OF | MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | INTEREST | PLAN PMT.
**US Bank**
**(2015 Cadillac ATS)** | $ **Claim: 36,168.37** | **5.50** % | $ **691.00**

UNSECURED CREDITORS:   Pay **TBD** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$37,259.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Special Intentions:**
**CHASE AUTO FINANCE:** Claim (Collateral = 2011 Ford F150) will continue to be paid OUTSIDE OF THIS PLAN by co-debtor (Jeff Fisher) and any claim shall be disallowed.

**Rejected Leases**
Executory contracts and unexpired leases are rejected, unless specifically assumed in this plan.
**Assumed Leases**
**-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive **TBD** %

DEBTOR'S ATTORNEY:   **Arthur Ray 5173**
**Arthur Ray Law Offices**
**6244 Poplar Ave., Ste. 150**
**Memphis, TN 38119-4733**
**(901) 682-1500 Fax:(901) 881-9680**